**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CARIBBEAN MARINE & SUPPLIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FDIC, AS RECEIVER FOR WESTERNBANK; INSURANCE COMPANIES "A", "B" AND "C", <br><br> Defendants. | CIV. NO. 10-1539 (PG) |

### ORDER

In light of the Magistrate Judge's Report and Recommendation submitted on April 4, 2011, the Court **DENIES** FDIC's motion for summary judgment.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, April 12, 2011.

                                    S/JUAN M. PEREZ-GIMENEZ
                                    U. S. DISTRICT JUDGE